# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Broderick, Vernon S. | District Court, South District of New York | 01/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court, Southern District of New York | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>**to**<br>12/31/2016 |

**7. Chambers or Office Address**

500 Pearl Street Room 410
New York, NY 10007

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Board of Directors | Justice Resource Center |
| 2. Member Board of Directors | City Bar Fund |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Weil, Gotshal & Manges LLP Partnership Agreement - capital distributions upon leaving partnership |
| 2. 2013 | Weil, Gotshal & Manges LLP Partnership Agreement - pesnion plan provisions |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 01/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 01/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broderick, Vernon S.** | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Cash Account | B | Dividend | K | T | | | | | |
| 2. American Funds New Perspective Fund | B | Dividend | K | T | | | | | |
| 3. American Funds Investment Co of America | B | Dividend | K | T | | | | | |
| 4. SEI - Core Fixed Income | B | Dividend | K | T | | | | | |
| 5. SEI - International Fixed Income | B | Dividend | L | T | | | | | |
| 6. SEI -International High Yeild Bond | B | Dividend | L | T | | | | | |
| 7. SEI -International EM Debt | B | Dividend | L | T | | | | | |
| 8. SEI - Tax Exempt Trust | B | Dividend | L | T | | | | | |
| 9. SEI - Multi Strategy Alternative Fund | A | Dividend | J | T | | | | | |
| 10. SEI - Large Cap | A | Dividend | K | T | | | | | |
| 11. SEI - Small Cap | A | Dividend | J | T | | | | | |
| 12. SEI US Fixed Income | A | Dividend | J | T | | | | | |
| 13. SEI - International Equity | A | Dividend | J | T | | | | | |
| 14. SEI Multi Asset Accumulation | A | Dividend | J | T | | | | | |
| 15. SEI - Liquid Assets Trust Prime | A | Dividend | J | T | | | | | |
| 16. SEI Multi Asset Income | A | Dividend | J | T | | | | | |
| 17. SEI Mutli Asset Inflation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broderick, Vernon S.** | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guadrian Whole Life Insurance | C | Dividend | N | T | | | | | |
| 19. Northwestern Mutual Life Insurance | A | Dividend | L | T | | | | | |
| 20. Northwestern Mutual Variable Life - Index 500 Fund | B | Dividend | J | T | | | | | |
| 21. Northwestern Mutual Variable Life - international equity | B | Dividend | J | T | | | | | |
| 22. Northwestern Mutual Variable Life - mid cap growth | B | Dividend | J | T | | | | | |
| 23. Northwestern Mutual Variable Life - select bond | B | Dividend | J | T | | | | | |
| 24. C Fund Common Stock | A | Dividend | M | T | | | | | |
| 25. F Fund Fixed Income | A | Dividend | L | T | | | | | |
| 26. G Fund Government Securities | A | Dividend | L | T | | | | | |
| 27. Ny 529 - Aggressive growth | A | Dividend | J | T | | | | | |
| 28. Ny 529 - Bond Market Index | A | Dividend | J | T | | | | | |
| 29. Ny 529 - conservative growth | A | Dividend | J | T | | | | | |
| 30. Ny 529 - growth portfolio | A | Dividend | J | T | | | | | |
| 31. Ny 529 - growth stock index | A | Dividend | J | T | | | | | |
| 32. Ny 529 - income porto | A | Dividend | J | T | | | | | |
| 33. Ny 529 - inflation protected portfolio | A | Dividend | J | T | | | | | |
| 34. Guardian VA - American Century Mid Cap | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Guardian VA - BlackRock Capital Appreciation | A | Dividend | K | T | | | | | |
| 36. Guardian VA - BlackRock Large Cap Core | A | Dividend | J | T | | | | | |
| 37. Guardian VA - Columbia Small Cap | A | Dividend | J | T | | | | | |
| 38. Guardian VA - Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 39. Guardian VA - Franklin US Gov't Fund | A | Dividend | J | T | | | | | |
| 40. Guardian VA - Victory Income Fund | A | Dividend | J | T | | | | | |
| 41. Guardian VA - Victory Low Duration Income Fund | A | Dividend | J | T | | | | | |
| 42. Guardian VA - Invesco International | A | Dividend | J | T | | | | | |
| 43. Guardian VA - Ivy Mid Cap | A | Dividend | J | T | | | | | |
| 44. Guardian VA - MFS Total Return | A | Dividend | J | T | | | | | |
| 45. Guardian VA - MFS New Dsicovery | A | Dividend | J | T | | | | | |
| 46. Guardian VA - MFS Technology Fund | A | Dividend | J | T | | | | | |
| 47. Guardian VA - MFS Utilities Fund | A | Dividend | J | T | | | | | |
| 48. Guardian VA - Oppenhiemer Small Cap | A | Dividend | J | T | | | | | |
| 49. Guardian VA - Oppenheimer Global Strategic Income | A | Dividend | J | T | | | | | |
| 50. Guardian VA - Pioneer Equity | A | Dividend | K | T | | | | | |
| 51. Guardian VA - Pimco Total Return | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broderick, Vernon S.** | 01/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Guardian VA - Putnam Euity | A | Dividend | J | T | | | | | |
| 53. Guardian VA - Puntame VT Investors | A | Dividend | J | T | | | | | |
| 54. Guardian VA - Templeton Foerign Fund | A | Dividend | J | T | | | | | |
| 55. NY 529 - Interest Accumulation Portfolio | A | Dividend | J | T | | | | | |
| 56. NY 529 - Moderate Growth Portfolio | A | Dividend | J | T | | | | | |
| 57. NY 529 - Value Stock Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broderick, Vernon S.** | 01/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Broderick, Vernon S. | 01/24/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vernon S. Broderick**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544